AO91 (Rev. 12/03)  Criminal Complaint                                                                                    AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**  
vs.

Marbel SUASTEGUI-Teresa  
A201 901 014  Mexico

**CRIMINAL COMPLAINT**

Case Number: 1:19-po-1718

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __March 20, 2019__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on March 20, 2019. The defendant is a citizen of Mexico who entered the United States illegally by rafting across the Rio Grande River near Brownsville, Texas on March 20, 2019 thus avoiding immigration inspection.

Defendant had 3,700 Mexican pesos in his possession at the time of arrest.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Roman, Adolfo  Border Patrol Agent  
Signature of Complainant

Roman, Adolfo    Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 22, 2019                                                                  at   Brownsville, Texas  
Date                                                                                           City/State

Ronald Morgan            U.S. Magistrate Judge  
Name of Judge                Title of Judge                                        Signature of Judge